IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 15-cv-02098-JLK

FORT FELKER,

        Plaintiff,

v.

CESSNA AIRCRAFT COMPANY, a Kansas corporation,

        Defendant.

---

**ORDER STAYING CASE AND VACATING SCHEDULING CONFERENCE**

---

THIS MATTER comes before the Court upon the Parties' Stipulated Motion to Stay Case and Vacate Scheduling Conference ("Stipulated Motion"), and the Court, having reviewed the Stipulated Motion (Docket No. 16) and being fully advised in the premises,

ORDERS THAT:

1.  This Case is stayed and all deadlines under the Court's rules are suspended, pending further order of the Court after final resolution of the related case pending in the United States District Court, District of Kansas (Wichita), *Winglet Technology, LLC v. Felker*, Civil Action Number: 6:15-cv-01358-EFM-JPO (the "Kansas Case");

2.  The Scheduling Conference set for December 15, 2015, and its associated deadlines are VACATED;

3. Cessna's Motion to Transfer to the District of Kansas (Docket No. 13) is withdrawn without prejudice to refiling the Motion if this stay is lifted;

4. Neither Felker nor Cessna shall seek to use or refer to the existence, contents or effects of their Stipulated Motion or this Order, including the passage of time caused by a temporary stay, for purposes of the determination whether the Kansas Court or this Court is the appropriate forum, other than to advise the Kansas Court, as appropriate, that this Action has been temporarily stayed pending that Court's resolution of patent licensing;

5. All claims, rights and defenses are preserved during this temporary stay;

6. If the Kansas Court finds that Felker's termination of the '968 Patent license was proper and is binding or was not proper and remains in effect and all deadlines for appeal are past, the Parties shall promptly and jointly seek entry of an order from this Court lifting the temporary stay and setting a briefing schedule for refiling Cessna's Motion to Transfer to the District of Kansas (Docket No. 13) and a date for a Scheduling Conference; and

7. The Parties shall file status reports with this Court regarding the progress of the Kansas Case every six (6) months beginning on June 1, 2016, and continuing through the final resolution of the Kansas Case.

DATED this 7th day of December 2015.

BY THE COURT:

*John L. Kane*

JOHN L. KANE
Senior U.S. District Court Judge