IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 15-cv-02098-JLK

FORT FELKER,

    Plaintiff,

v.

CESSNA AIRCRAFT COMPANY, a Kansas corporation,

    Defendant.

___

**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
___

The Court has received the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 19) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, it is hereby ORDERED that this action be dismissed with prejudice, with each party to bear their own attorney fees and costs.

DATED this 3rd day of March, 2016.

                                        BY THE COURT:

                                        */s/ John L. Kane*
                                        JOHN L. KANE
                                        Senior U.S. District Court Judge